UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC OTTEMAN, On Behalf of Himself And the Proposed Class | CIVIL ACTION |
| VERSUS | NO: 19-11291 |
| KNIGHTS OF COLUMBUS | SECTION: T(3) |

### JUDGMENT

On this date, the Court issued an order granting a motion to dismiss for failure to state a claim filed by Knights of Columbus and dismissing the claims of Eric Otteman.

Accordingly,

**IT IS ORDERED, ADJUDICATED, AND DECREED** that judgment shall be entered in favor of the Knights of Columbus and against Eric Otteman and all claims in the above-captioned matter are **DISMISSED WITH PREJUDICE.**

**New Orleans, Louisiana**, on this 12th day of February, 2021.

*/s/ Greg Gerard Guidry*
**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**