UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC OTTEMANN, On Behalf of Himself and the Proposed Class | CIVIL ACTION |
| VERSUS | NO: 19-11291 |
| KNIGHTS OF COLUMBUS | SECTION: T (2) |

# ORDER

Before the Court is a Motion to Strike Amended Complaint or, alternatively, Modify Class Allegations (R. Doc. 157), filed by Defendant Knights of Columbus pursuant to Federal Rules of Civil Procedure 23(c)(1)(A) and 23(d)(1)(D) and the Federal Arbitration Act, requesting the Court enter an order eliminating or striking the class allegations set forth in Plaintiff's Third Amended Class Action Complaint (R. Doc. 111), or modifying such allegations to exclude putative class members who have signed arbitration agreements. Plaintiff Eric Ottemann has not filed an opposition and, indeed, has apparently conceded the Motion to Strike is unopposed. *See* R. Doc. 160, p.2 n.1.

In his petition, Plaintiff asserts claims on behalf of himself and a class consisting of all General Agents outside the State of California who worked for Defendant in the six years preceding the filing of this case. R. Doc. 111. Defendant contends Plaintiff fails to plead the minimum facts necessary to establish the existence of a class under Federal Rule of Civil Procedure 23(b)(1), (b)(2), or (b)(3). R. Doc. 157-1. Among other deficiencies, Defendant argues, it is clear on the face of the pleading that individualized and highly personal issues pertaining to each class member will overwhelm any arguably common issues, rendering the claims inappropriate for class

1

treatment. *Id.* Alternatively, Defendant asserts the Court should modify Plaintiff's class definition to narrow the scope of the putative class to exclude members who signed binding arbitration agreements and expressly waived their rights to participate in any class litigation. *Id.*

Having reviewed the unopposed pleading and the applicable law, the Court finds Plaintiff has not satisfied his burden under Federal Rule of Civil Procedure 23(b)(3) of proving that common issues of the class predominate over individual issues, and the class certification must fail for this reason. Accordingly,

**IT IS ORDERED** that Defendant's Motion to Strike Class Allegations is GRANTED.

New Orleans, Louisiana, this 5th day of January 2024.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE